UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

ESTRADA,

                              Plaintiff(s),        **RESCHEDULING ORDER**

- against -

                                                       18 Civ. 11915 (NSR)

MB FOOD PROCESSING, INC.,

                              Defendant(s).
-------------------------------------------------------------x

NELSON S. ROMÁN, U.S.D.J.:

    Due to an extension of the discovery deadlines, the above case previously scheduled for Case Management Conference on July 10, 2020 **is hereby adjourned until May 14, 2021 at 11:30 am** in Courtroom 218 before the Hon. Nelson S. Román, at the Charles L. Brieant United States Courthouse, 300 Quarropas Street, White Plains, NY 10601.

Dated:    White Plains, New York
              June 30, 2020

SO ORDERED.

_____
Hon. Nelson S. Román, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/2020